Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHA SIMONE RABALOUS,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>DCFS - OLYMPIC BLVD.,<br><br>    Respondent. | Case No. CV 08-1001-VBF(RC)<br><br>JUDGMENT |

    Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

    IT IS ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

DATE: 3-31-08

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-1001.jud
3/17/08